UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 9:26-cv-00757

**Alan Fares Madrid,**
*Petitioner,*

v.

**Todd Blanche et al.,**
*Respondents.*

# ORDER

Before the court is a petition for a writ of habeas corpus. Doc. 1. Petitioner is an applicant for admission subject to mandatory detention under 8 U.S.C. § 1225(b)(2). *Id.* at 2; *see Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). Petitioner argues that his detention without an individualized custody determination violates his right to due process under the Fifth Amendment. Doc. 1 at 5–8. But petitioner's Fifth Amendment due process arguments are squarely foreclosed by recent Fifth Circuit precedent. *Rodriguez v. Vergara*, No. 26-50183, 2026 WL 3181188, at *14 (5th Cir. Oct. 23, 2026) (en banc) (holding that mandatory detention under § 1225(b)(2)(A) does not violate the detainee's Fifth Amendment right to due process). Accordingly, the writ is denied.

*So ordered by the court on November 9, 2026.*

J. CAMPBELL BARKER
United States District Judge